O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-4876 AHM (FMOx) | Date | December 3, 2009 |
|---|---|---|---|
| Title | ARUTYUN MARSIKIAN, *et al.* v. MERCEDES-BENZ USA, LLC, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:  Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court is willing to issue a properly worded order reflecting the parties' agreement on obtaining DMV data, but the one they have submitted appears to be unenforceable. How would a Department of Motor Vehicles know what information is being sought by R.L. Polk & Co. and who is a member of the class? Accordingly, the parties shall submit a revised order.

                                                                                   :

Initials of Preparer   se