O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 08-4876 AHM (FMOx) | Date | December 14, 2009 |
|---|---|---|---|
| Title | ARUTYUN MARSIKIAN, *et al.* v. MERCEDES-BENZ USA, LLC, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**         IN CHAMBERS (No Proceedings Held)

       The Court has considered Plaintiffs' request to file a Fifth Amended Complaint, finds that Plaintiffs' request is proper under Federal Rules of Civil Procedure Rule 15(a) and grants Plaintiffs leave to file the Fifth Amended Complaint in the form attached as Ex. 2 to the Declaration of Stephen M. Harris.

|  | : |  |
|---|---|---|
| Initials of Preparer | | SMO |