

Marsikyan v. MBUSA, Case No. CV08-04876
AHM (C.D.Cal.)
Objection to settlement

Hon. A. Howard Matz
United States District Court
Central District of California

Dear Judge Matz- in accordance with the instructions received from the class
representative I am providing the following required information:

    i.     Patrick J. McKinley, 360 Ortega Ridge Road, Santa Barbara,
         California 93108. 805-969-2513
   ii.     2002, MBZ 500CL, CP- VIN# WDBPJ75J32A030000 ( current
         owner)
  iii.     Marsikian v. MBUSA, case # CV08-04876 AHM (C.D. Cal.)
  iv.     Written objection to settlement- see below statement
   v.     No documents/papers attached or referred to.
  vi.     I have never filed an objection to any state or federal case ever.
 vii.     I am not represented by counsel- but am an active California State
         Bar member.

Objection to settlement: I have had this vehicle for a number of years and
am thunderstruck that someone wants money because leaves and pine
needles etc fell on top of the car and clogged a drain valve.  When I park
under a tree, esp a pine tree, I would think that most people realize that
debris falls on a car, that it does not disappear, and in the case of pine
needles you want to get them off the car, and out from under the
windshield wiper etc, for the OBVIOUS reason that debris on the car can
harm the finish, clog things, and get in to the hood, trunk, etc.  One
might ask what is worth a million and a half dollars in attorneys fees to
get a few cars fixed in the rare instance that a problem actually
developed. I just think that cases like this- with these exorbitant attorneys
fees, say a lot about what is wrong with the tort system. I do not think
that most MBZ owners park  under trees for very long- most will garage

the car etc- and those that do will do what is obvious- take or wash the debris off the car, not let it sit, wait a few years, then file a lawsuit claiming you did not know that pine needles can go down the grill etc.. A "google" search reveals a few hits on this lawsuit, and ONE person who had a problem!

So Judge Matz- I ask that you take a hard look at the minimal benefit this lawsuit has brought to our "class" and act accordingly. I would ask just how many people did have a problem that they had to pay for, as I doubt that it is anywhere close to justifying this predatory behavior by the lead plaintiff and their law firm.

Patrick J. McKinley

Proof of Service: I am a citizen of the United States and well over the age of 18 years of age. My address appears below. On March 5 , 2010, I placed a copy of this OBJECTION to Settlement in the US Post Office in Summerland, California, with appropriate postage attached, to the following:

1. Clerk of the Court of the United States District Court for the Central District of California, 312 N. Spring Street, Los Angeles, California 90012.
2. Stephen M. Harris, Knapp, Peterson & Clark, 550 North Brand Boulevard, Suite 1500, Glendale, CA 91203-1922
3. Robert L. Starr, The Law Offices of Robert L. Starr, 23277 Ventura Blvd., Woodland Hills, CA 91364-1002
4. Terri S. Reiskin, Wallace King Domike & Reiskin, PLLC, 2900 K Street, NW, Harbourside, Suite 500, Washington, DC 20007-5127
5. Marsikyan Claims Administrator, P.O.Box 6159, Novato, CA 94948-6159

Executed under penalty of perjury this 5/12 day of March, 2010, at Santa Barbara, California.

Patrick J. McKinley
360 Ortega Ridge Road
Santa Barbara, CA 93108



USA FIRST CLASS FOREVER

SANTA BARBARA
CA 931 1 T
05 MAR 2010 PM

Clerk
U.S. District Court
312 N. SPRING St
Los Angeles, Cali
90012

CLERK, US DISTRICT COURT
MR
COASTAL DISTRICT OF CALIFORNIA
BY

RECEIVED
CLERK, US DISTRICT COURT

MAR - 8 2010

CENTRAL DISTRICT OF CALIFORNIA
MR
BY

Mr. Patrick McKinley
360 Ortega Ridge Rd.
Santa Barbara, CA 93108