1  Stephen M. Harris (State Bar No. 110626)
   smh@kpclegal.com
2  KNAPP, PETERSEN & CLARKE
   550 North Brand Boulevard, Suite 1500
3  Glendale, California 91203-1922
   Telephone:  (818) 547-5000
4  Facsimile:  (818) 547-5329

5  Robert L. Starr (State Bar No. 183052)
   starresq@hotmail.com
6  THE LAW OFFICES OF ROBERT L. STARR
   23277 Ventura Boulevard
7  Woodland Hills, California 91364-1002
   Telephone:  (818) 225-9040
8  Facsimile:  (818) 225-9042

9  Attorneys for Plaintiffs
   ARUTYUN MARSIKYAN and PAYAM
10 SAADAT, individually and on behalf of a class of
   similarly situated individuals

11

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14

15 ARUTYUN MARSIKYAN and PAYAM          ) NO.   CV08-04876 AHM (FMOx)
   SAADAT, individually and on behalf of a ) [CLASS ACTION]
16 class of similarly situated individuals,  )
                                           ) Assigned for All Purposes To The
17            Plaintiffs,                   ) Hon. A. Howard Matz - Courtroom 14
                                           ) Date Action Filed:      June 5, 2008
18       v.                                 ) Trial Date:              None
                                           )
19 MERCEDES-BENZ USA, LLC and             ) Date:           May 17, 2010
   DOES 1-500, inclusive,                  ) Time:           10:00 a.m.
20                                         ) Courtroom:      14
             Defendants.                   )
21                                         ) **NOTICE OF FILING OF COPY OF**
                                           ) **UNOPPOSED MOTION FOR**
22                                         ) **WITHDRAWAL OF OBJECTIONS**
                                           ) **TO CLASS ACTION**
23                                         ) **SETTLEMENT OF SAM P.**
                                           ) **CANNATA**
24 _____ )

25

26

27

28

**KNAPP,
PETERSEN
& CLARKE**

                              -1-

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE

2   UNITED STATES DISTRICT COURT:

3           Attached hereto as exhibit 1 to the declaration of Stephen M. Harris is

4   the Unopposed motion for withdrawal of objections to class action settlement of

5   Sam P. Cannata. As explained in the declaration of Stephen M. Harris, Mr. Cannata

6   served this objection on counsel for Plaintiffs and requested that Plaintiffs file it

7   with the court.

8   Dated: May 13, 2010                    KNAPP, PETERSEN & CLARKE

9

10                                         By:

11                                         Stephen M. Harris
                                           Attorneys for Plaintiffs
12                                         ARUTYUN MARSIKYAN and
                                           PAYAM SAADAT, individually and on
13                                         behalf of a class of similarly situated
                                           individuals
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**KNAPP,**
**PETERSEN**
**& CLARKE**

-2-

783082.1  08000/00877

## DECLARATION OF STEPHEN M. HARRIS

I, Stephen M. Harris, declare as follows:

1.      I am an attorney at law duly licensed to practice before this Court.  I am a member of the law firm of KNAPP, PETERSEN & CLARKE, counsel of record for Plaintiffs in this action.  The following facts are within my personal knowledge, and if called as a witness, I could and would competently testify thereto.

2.      At the request of Mr. Cannata, I provided him copies of Plaintiffs motion for final approval, fee application, and the declarations submitted in support of the motion for final approval, so that he could evaluate whether or not he wished to continue to pursue his objections to the class action settlement, appear at the fairness hearing, or withdraw his objections.

3.      After I provided these papers to Mr. Cannata, I was advised by Mr. Cannata that he had decided to withdraw his objections, based on his review of this paperwork. I also spoke to an attorney who had been consulted by Mr. Cannata, but who had not been retained by Cannata, and I was also by advised by this attorney, Edward Cochran, that he had reviewed the final approval papers and that he did not believe that (after his review of these papers) that Mr. Cannata had any valid objections to the class action settlement, and that he had advised Mr. Cannata of his opinion.

4.      Subsequent to these conversations, Mr. Cannata emailed me a document formally withdrawing his objections and requested I file it. We attempted to manually file this document, but the court would not accept it for filing. Thus, we are e-filing the withdrawal of the objections as an exhibit to this document.

///
///
///
///

KNAPP,
PETERSEN
& CLARKE

-3-

783082.1  08000/00877

5.    Attached hereto as exhibit 1 is a true and correct copy of the withdrawal of the objections.

Executed on this 13 day of May, 2010, at Glendale, California.

I declare under penalty of perjury that the foregoing is true and correct.

Stephen M. Harris

KNAPP,
PETERSEN
& CLARKE

-4-

783082.1   08000/00877

EXHIBIT 1

Sam P. Cannata (Ohio Bar no. 0078621)
9555 Vista Way Ste. 200
Garfield Hts., Ohio 44125
Voice: (216) 587-0900
E-mail: samcannata@snider-cannata.com

RECEIVED
BUT
NOT FILED

MAY 1 2 ▓▓▓
2010

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ARUTYUN MARSIKYAN and PAYAM
SAADAT, individually and on behalf of a class
of similarly situated individuals,

Plaintiffs,

v.

MERCEDES-BENZ USA, LLC

Defendant.

NO.   CV08-04876 AHM (JTLx)

Judge: Hon. A. Howard Matz

**UNAPPOSED MOTION FOR
WITHDRAWAL OF OBJECTIONS TO
CLASS ACTION SETTLEMENT OF
SAM P. CANNATA**

Class member Sam P. Cannata ("Objector"), pursuant to Fed. R. Civ. P. 23 (e), hereby moves this Honorable Court for leave to withdraw his objections to the request for attorneys' fees and the proposed class action settlement. Objector moves for leave to withdraw his objections since Objector has now had an opportunity to review and consider the application for attorneys fees and motion for final approval, and, based upon this review, hereby withdraws any objections Objector has raised. Neither Class Counsel nor defense counsel has any objections to this Motion.

For the foregoing reasons, the undersigned respectfully requests that the Court grant his motion for leave to withdraw his objections.

-1-

1  Dated:  May 12, 2010

2

3                                        By:  _____

4                                             Sam P. Cannata (Ohio Bar no. 0078621)
                                              9555 Vista Way Ste. 200
5                                             Garfield Hts., Ohio 44125
                                              Voice: (216) 587-0900
6                                             samcannata@snider-cannata.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that on May 12, 2010, I mailed the foregoing motion by ordinary U.S. Mail, postage prepaid to the following addresses:

**Clerk of Court**
United States District Court for the
Central District of California
312 N. Spring Street
Los Angeles, California 90012

Robert L. Starr
The Law Offices of Robert L. Starr
23277 Ventura Boulevard
Woodland Hills, CA 91364-1002

Stephan M. Harris
Knapp, Petersen & Clarke
550 North Brand Boulevard, Suite 1500
Glendale, CA 91203-1922

Terri S. Reiskin, Esq.
Wallace King Domike & Reiskin, PLLC
2900 K Street, NW
Harbourside, Suite 500
Washington D.C. 20007-5127

*Marsikyan v. Mercedes-Benz USA, LLC* Claims Administrator
P.O. Box 6159
Novato, CA 94948-6159

SAM P. CANNATA (Ohio 0078621)
9555 Vista Way, Suite 200
Tel: (216) 214-0796
Fax: (216) 587-0999
Garfield Heights, Ohio 44125
samcannata@snider-cannata.com

-3-

**PROOF OF SERVICE**
**Marsikian v. Mercedes-Benz USA, LLC**
**CV08-04876 AHM (FMOx)**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and am not a party to the within action.  My business address is 550 North Brand Boulevard, Suite 1500, Glendale, California 91203-1922.  On May 13, 2010, I caused the foregoing document(s) described as NOTICE OF FILING OF COPY OF UNOPPOSED MOTION FOR WITHDRAWAL OF OBJECTIONS TO CLASS ACTION SETTLEMENT OF SAM P. CANNATA to be served on the interested parties in this action as follows:

      by placing a true copy thereof enclosed in sealed envelope(s) addressed as stated below:

Sam P. Cannata
9555 Vista Way, Suite 200
Garfield Heights, Ohio 44125

Facsimile No.: 216-587-0999; Tel: 216-214-0796

[X]  **BY MAIL:** I sealed and placed such envelope for collection and mailing to be deposited in the mail on the same day in the ordinary course of business at Glendale, California.  The envelope was mailed with postage thereon fully prepaid.  I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2010, at Glendale, California.

Marlinda Ochoa
(Type or print name)

(Signature)