Sam P. Cannata (Ohio Bar no. 0078621)
9555 Vista Way Ste. 200
Garfield Hts., Ohio 44125
Voice: (216) 587-0900
E-mail: samcannata@snider-cannata.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ARUTYUN MARSIKYAN and PAYAM SAADAT, individually and on behalf of a class of similarly situated individuals,

Plaintiffs,

v.

MERCEDES-BENZ USA, LLC

Defendant.

NO. CV08-04876 AHM (JTLx)

Judge: Hon. A. Howard Matz

**UNAPPOSED MOTION FOR WITHDRAWAL OF OBJECTIONS TO CLASS ACTION SETTLEMENT OF SAM P. CANNATA**

Class member Sam P. Cannata ("Objector"), pursuant to Fed R. Civ. P. 23 (e), hereby moves this Honorable Court for leave to withdraw his objections to the request for attorneys' fees and the proposed class action settlement. Objector moves for leave to withdraw his objections since Objector has now had an opportunity to review and consider the application for attorneys fees and motion for final approval, and, based upon this review, hereby withdraws any objections Objector has raised. Neither Class Counsel nor defense counsel has any objections to this Motion.

For the foregoing reasons, the undersigned respectfully requests that the Court grant his motion for leave to withdraw his objections.

-1-

Dated: May 12, 2010

By: *[signature]*
Sam P. Cannata (Ohio Bar no. 0078621)
9555 Vista Way Ste. 200
Garfield Hts., Ohio 44125
Voice: (216) 587-0900
samcannata@snider-cannata.com

# CERTIFICATE OF SERVICE

I certify that on May 12, 2010, I mailed the foregoing motion by ordinary U.S. Mail, postage prepaid to the following addresses:

**Clerk of Court**
United States District Court for the
Central District of California
312 N. Spring Street
Los Angeles, California 90012

Robert L. Starr
The Law Offices of Robert L. Starr
23277 Ventura Boulevard
Woodland Hills, CA 91364-1002

Stephan M. Harris
Knapp, Petersen & Clarke
550 North Brand Boulevard, Suite 1500
Glendale, CA 91203-1922

Terri S. Reiskin, Esq.
Wallace King Domike & Reiskin, PLLC
2900 K Street, NW
Harbourside, Suite 500
Washington D.C. 20007-5127

*Marsikyan v. Mercedes-Benz USA, LLC* Claims Administrator
P.O. Box 6159
Novato, CA 94948-6159

SAM P. CANNATA (Ohio 0078621)
9555 Vista Way, Suite 200
Tel: (216) 214-0796
Fax: (216) 587-0999
Garfield Heights, Ohio 44125
samcannata@snider-cannata.com