Stephen M. Harris (State Bar No. 110626)
smh@kpclegal.com
KNAPP, PETERSEN & CLARKE
550 North Brand Boulevard, Suite 1500
Glendale, California 91203-1922
Telephone: (818) 547-5000
Facsimile: (818) 547-5329

Robert L. Starr (State Bar No. 183052)
starresq@hotmail.com
THE LAW OFFICES OF ROBERT L. STARR
23277 Ventura Boulevard
Woodland Hills, California 91364-1002
Telephone: (818) 225-9040
Facsimile: (818) 225-9042

Attorneys for Plaintiffs
ARUTYUN MARSIKYAN and PAYAM SAADAT, individually and on behalf of a class of similarly situated individuals

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARUTYUN MARSIKYAN and PAYAM SAADAT, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> MERCEDES-BENZ USA, LLC and DOES 1-500, inclusive, <br><br> Defendants. | NO. CV08-04876 AHM (FMOx) <br><br> CLASS ACTION <br><br> **ORDER GRANTING PLAINTIFFS' APPLICATION FOR AN AWARD OF ATTORNEY FEES, REIMBURSEMENT OF EXPENSES, AND INCENTIVE AWARD TO THE CLASS REPRESENTATIVE** |

**KNAPP, PETERSEN & CLARKE**

-1-

778057.1  08000/00917

1  The Court has granted final approval of the proposed class action settlement
2  resolving the above action. Pursuant to Rule 23(h) of the Federal Rules of Civil
3  Procedure, the law firms of Knapp, Petersen & Clarke and the law offices of Robert
4  L. Starr, appointed by this Court as Class Counsel upon preliminary approval of the
5  Settlement, have applied for a total award of $1,500,000 for attorneys' fees, $35,000
6  for reimbursement of expenses and an incentive award of $10,000 for each of the
7  Class Representative Plaintiffs, payable out of the attorney fee award to counsel for
8  Plaintiffs. Plaintiffs' counsel's fee application is made pursuant to the Settlement
9  Agreement reached with MBUSA and under California Civil Code section 1780(e)
10 of the California Consumers Legal Remedies Act ("CLRA"), one of the claims in
11 this lawsuit, and the private attorney general doctrine, codified at California Code of
12 Civil Procedure section 1021.5. The Court, having considered all papers submitted
13 and oral argument presented, hereby finds and orders as follows:

14  1. The Court finds that Plaintiffs are prevailing plaintiffs under Section
15 1780( e) and are entitled to an award of attorneys' fees and costs. The Court also
16 finds that Plaintiffs meet the requirements set forth in Section 1021.5 for an award of
17 attorneys' fees. Plaintiffs' lawsuit resulted in the enforcement of important public
18 rights affecting the public's interest, including those underlying California's
19 consumer protection statutes, while at the same time conferring significant benefits,
20 both pecuniary and non-pecuniary, on a large class of persons. Further, the financial
21 burden of private enforcement is such as to make it appropriate to award attorneys'
22 fees under Section 1021.5. The necessity of pursuing this lawsuit placed a burden on
23 Plaintiffs out of proportion to their individual stake in the matter.

24  2. Pursuant to the declaration of Stephen M. Harris and supporting exhibits
25 attached thereto, Class Counsel has spent approximately 2,900 hours in prosecuting
26 this action. Based on Class Counsel's hourly rates, as presented in the declaration of
27 Stephen M. Harris, Class Counsel's attorney's fees are $1,227,484. The Court finds
28 that these fees are reasonable under the facts and procedural posture of this case.

**KNAPP, PETERSEN & CLARKE**

778057.1  08000/00917

1    3.   In light of the favorable settlement benefits Class Counsel obtained for
2 the settlement class, as set forth in the detail in the Settlement Agreement, and based
3 on the positive responses of class members to the settlement, the Court finds that a
4 multiplier of approximately 1.25 as requested by Class Counsel is reasonable and
5 appropriate. Thus, the Court hereby awards attorney's fees of $1,500,000 to Class
6 Counsel.
7    4.   The Court also awards Plaintiffs' counsel costs in the amount of
8 $35,000 as contemplated by the parties' agreement.
9    5.   The Court overrules the objections to the attorney fee of class counsel,
10 as set forth in the objections filed by Sam Cannata and Patrick McKinley.
11    6.   The Court also finds that an incentive award of $10,000 for each of the
12 Class Representatives and Plaintiffs is appropriate for their efforts in bringing and
13 prosecuting this action and for devoting time and effort to keeping themselves
14 informed of the litigation.
15    7.   The court orders that the attorney fees award to Plaintiffs' counsel, after
16 deduction of costs, and the incentive fee awards, shall be divided equally between
17 Knapp, Petersen & Clarke, the Law Offices of Robert Starr and attorney Payam
18 Shahian, as set forth in the declaration of Stephen M. Harris, paragraph 42.

20    IT IS SO ORDERED:

22 Dated: May 17, 2010

A. Howard Matz - Courtroom 14
Judge, United States District Court

**KNAPP, PETERSEN & CLARKE**

-3-

778057.1  08000/00917